A. FRANK GORSKI, as Administrator of the Estate of WALTER BIJOSINSKI, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Gorski* v. *International Ry. Co.*, 131 App. Div. 924. affirmed.
(Argued January 14, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Dana L. Spring* for appellant.

*Charles Newton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

ANNA MUTKA, an Infant, by KATIE FALDITZKO, Her Guardian ad Litem, Appellant, *v.* HEBREW SHELTERING GUARDIAN SOCIETY, Respondent.

*Mutka* v. *Hebrew Sheltering Guardian Society*, 129 App. Div. 923, affirmed.
(Argued January 18, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries